COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants COUNTY OF LOS ANGELES (inclusive of the LOS ANGELES SHERIFF'S DEPARTMENT)and SHERIFF ALEX VILLANUEVA sued as Alejandro Villanueva

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMAAL WILLIAMS.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES;<br>COUNTY OF LOS ANGELES<br>SHERIFF'S DEPARTMENT;<br>DEPUTY DOES 1 through 10;<br>SHERIFF ALEJANDRO<br>VILLANUEVA<br><br>Defendants. | CASE NO. 2:22-CV-00340-PA-AFMx<br>Action Filed: January 17, 2022<br><br><br>**DEFENDANT COUNTY OF LOS ANGELES and SHERIFF ALEX VILLANUEVA** |

COMES NOW Defendants COUNTY OF LOS ANGELES and SHERIFF ALEX VILLANUEVA and answering Plaintiffs' Complaint, admit, deny and allege as follows:

## **INTRODUCTION**

1. Answering paragraph 1, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**DEFENDANTS' ANSWER TO COMPLAINT**

2.   Answering paragraph 2, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

3.   Answering paragraph 3, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

4.  Answering paragraph 4, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

5.   Answering paragraph 5, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

## PARTIES

6.  Answering paragraph 6, Defendants admit Plaintiff WILLIAMS' County residence on information and belief.

7.  Answering paragraph 7, Defendant COUNTY admits public entity status and employment of LASD employees.

8.  Answering paragraph 8, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

9.  Answering paragraph 9, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

10. Answering paragraph 10, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

11. Answering paragraph 11, Defendants admit Plaintiff WILLIAMS' County residence on information and belief.

12. Answering paragraph 12, Defendant COUNTY admits public entity status and employment of LASD employees.

13. Answering paragraph 13, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

14. Answering paragraph 14, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

**DEFENDANTS' ANSWER TO COMPLAINT**

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

15. Answering paragraph 15, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

16. Answering paragraph 16, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

17. Answering paragraph 17, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

18. Answering paragraph 18, Defendant VILLANUEVA admits employment and position at the Sheriff's Department.

19. Answering paragraph 19, Defendant VILLANUEVA lacks sufficient information upon which to admit or deny and on this basis denies

20. Answering paragraph 20, Defendant VILLANUEVA lacks sufficient information upon which to admit or deny and on this basis denies.

21. Answering paragraph 21, Defendant VILLANUEVA lacks sufficient information upon which to admit or deny and on this basis denies.

22. Answering paragraph 22, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

23. Answering paragraph 23, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

24. Answering paragraph 24, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

25. Answering paragraph 25, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

26. Answering paragraph 26, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURISDICTION AND VENUE**

27. Answering paragraph 27, Defendants admit Subject Matter Jurisdiction.

28. Answering paragraph 28,  Defendants admit Supplemental Jurisdiction over the related State Law claims.

29. Answering paragraph 29, Defendants admit venue is proper.

30. Answering paragraph 30, Defendants admit venue is proper.

**FACTUAL BACKGROUND**

31. Answering paragraph 31, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

32. Answering paragraph 32, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

33. Answering paragraph 33, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

34. Answering paragraph 34, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

35. Answering paragraph 35, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

36. Answering paragraph 36, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

37. Answering paragraph 37, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

38. Answering paragraph 38, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

39. Answering paragraph 39, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

40. Answering paragraph 40, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

-4-
**DEFENDANTS' ANSWER TO COMPLAINT**

41. Answering paragraph 41, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

42. Answering paragraph 42, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

43. Answering paragraph 43, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

<u>COUNT I</u>

**42 U.S.C. §1983**

**Fourth and Fourteenth Amendments; Unlawful Seizure**

**Against All Defendant Deputies**

44. Answering paragraph 44, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

45. Answering paragraph 45, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

46. Answering paragraph 46, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

47. Answering paragraph 47, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

48. Answering paragraph 48, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

49. Answering paragraph 49, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

50. Answering paragraph 50, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

51. Answering paragraph 51, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**DEFENDANTS' ANSWER TO COMPLAINT**

52. Answering paragraph 52, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

53. Answering paragraph 53, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

54. Answering paragraph 54, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

55. Answering paragraph 55, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

56. Answering paragraph 56, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

57. Answering paragraph 57, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

58. Answering paragraph 58, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

## COUNT II

### Fourth and Fourteenth Amendments; Excessive Force

### Against All Defendant Deputies

59. Answering paragraph 59, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

60. Answering paragraph 60, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

61. Answering paragraph 61, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

62. Answering paragraph 62, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

63. Answering paragraph 63, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**DEFENDANTS' ANSWER TO COMPLAINT**

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

64. Answering paragraph 64, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

65. Answering paragraph 65, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

66. Answering paragraph 66, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

67. Answering paragraph 67, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

68. Answering paragraph 68, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

69. Answering paragraph 69, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

70. Answering paragraph 70, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

71. Answering paragraph 71, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

72. Answering paragraph 72, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

## COUNT III

### Fourth and Fourteenth Amendments; Failure to Intervene

### Against All Defendant Deputies

73. Answering paragraph 73, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

74. Answering paragraph 74, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

75. Answering paragraph 75, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT IV

### UNRUH Civil Rights Act, Civil Code §§51 et seq.

### Against All Defendants

76. Answering paragraph 76, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

77. Answering paragraph 77, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

78. Answering paragraph 78, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

79. Answering paragraph 79, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

80. Answering paragraph 80, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

81. Answering paragraph 81, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

82. Answering paragraph 82, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

83. Answering paragraph 83, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

84. Answering paragraph 84, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

85. Answering paragraph 85, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

86. Answering paragraph 86, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

87. Answering paragraph 87, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

**DEFENDANTS' ANSWER TO COMPLAINT**

# COUNT V

## Tom Bane Civil Rights Act, Civil Code §52.1

### Against All Defendants

88. Answering paragraph 88, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

89. Answering paragraph 89, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

90. Answering paragraph 90, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

91. Answering paragraph 91, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

92. Answering paragraph 92, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

# COUNT VI

## Battery

### Against All Defendants

93. Answering paragraph 93, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

94. Answering paragraph 94, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

95. Answering paragraph 95, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

96. Answering paragraph 96, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

97. Answering paragraph 97, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**DEFENDANTS' ANSWER TO COMPLAINT**

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

98. Answering paragraph 98, Defendants lack sufficient information upon which to admit or deny and Answering paragraph 88, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

99. Answering paragraph 99, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

100. Answering paragraph 100, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

101. Answering paragraph 101, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

102. Answering paragraph 102, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

## COUNT VII

### Negligence

### Against All Defendants

103. Answering paragraph 103, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

104. Answering paragraph 104, Defendants lack sufficient information upon which to admit or deny and Answering paragraph 88, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

105. Answering paragraph 105, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

106. Answering paragraph 106, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

107. Answering paragraph 107, Defendants lack sufficient information upon which to admit or deny and on this basis deny.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.  Not all information is known at this time.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs failed to take reasonable measures/action to avoid the injuries/damages alleged in the Complaint, and thus any recovery should be reduced accordingly.

### THIRD AFFIRMATIVE DEFENSE

Defendants sued in their official capacities are immune from the imposition of punitive damages.

### FOURTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: *Government Code* §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4 as well as *Civil Code* §47 .

### FIFTH AFFIRMATIVE DEFENSE

Defendants allege that neither the Complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### SIXTH AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

**DEFENDANTS' ANSWER TO COMPLAINT**

**SEVENTH AFFIRMATIVE DEFENSE**

To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable as to these Defendants.

**EIGTHTH AFFIRMATIVE DEFENSE**

The detention of Plaintiff was based on reasonable suspicion that a crime has been, was being or was about to be committed.

**NINTH AFFIRMATIVE DEFENSE**

The arrest of Plaintiff was based on probable cause.

**TENTH AFFIRMATIVE DEFENSE**

Any injury or damage suffered was due to or caused solely by reason of Plaintiff's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of defendants.

**ELEVENTH AFFIRMATIVE DEFENSE**

As to the federal claims and theories of recovery, all individual defendants are protected from liability under the doctrine of qualified immunity, because defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**TWELFTH AFFIRMATIVE DEFENSE**

If there was a violation, defendants are entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed. Defendants reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, they acted under a reasonable, even if mistaken, good faith belief that what they did was reasonable, appropriate and lawful. Also, mere negligence is an insufficient predicate upon which to base a Constitutional violation.

**THIRTEENTH AFFIRMATIVE DEFENSE**

If it is found that any defendant is legally responsible for the damages, if any, which defendants specifically deny, then such damages were proximately

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1  caused by or contributed to by plaintiffs, or other defendants, and it is necessary

2  that the proportionate degree of fault of every such person be determined and

3  prorated by the trier of fact, and that any judgment which might be rendered

4  against any defendant be reduced by that percentage of fault to be found to exist of

5  plaintiffs or others and causative fault, whether sued herein or not.

### FOURTEENTH AFFIRMATIVE DEFENSE

7  That Plaintiff's Complaint on file herein, and the whole thereof, including

8  each and every purported cause of action and damages therein, fails to establish an

9  entitlement to punitive damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

11  The answering Defendants are immune from liability for all damages

12  sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v.*

13  *Varney*, 803 F.2d 1469 (9th Cir. 1986), *Jackson v. City of San Diego*, 121 Cal.

14  App.3d 579 (1981) and *McSherry v. City of Long Beach*, 584 F.3d 1129, 1137 (9th

15  Cir. 2009).

### SIXTEENTH AFFIRMATIVE DEFENSE

17  Defendants' actions were necessitated by exigent circumstances and

18  defendants' actions are privileged.

### SEVENTEENTH AFFIRMATIVE DEFENSE

20  The force used by defendants, if any, was objectively reasonable under the

21  totality of the circumstances and necessary for the defense of defendants and/or

22  others.

### EIGHTEENTH AFFIRMATIVE DEFENSE

24  Plaintiff's rights have not been interfered with by threats, intimidation or

25  coercion.  Conduct by defendants was within policy, not excessive, and not in bad

26  faith or with malicious intent.

### NINETEENTH AFFIRMATIVE DEFENSE

28  Defendants presently have insufficient knowledge or information upon

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1   which to form a belief as to whether defendants may have additional affirmative

2   defenses to Plaintiff's Complaint.  Defendants reserve the right to assert additional

3   defenses in the event that discovery indicates that such affirmative defenses are

4   appropriate.

5

6                          **DEMAND FOR JURY TRIAL**

7        Defendants hereby demand and request a trial by jury in this matter.

8        WHEREFORE, Defendants pray for judgment as follows:

9        1.  That Plaintiff take nothing by this action;

10       2.  That the action be dismissed;

11       3.  That Defendants be awarded the costs of suit;

12       4.  That Defendants be awarded other and further relief as the Court may

13   deem just and proper.

14

15

16   DATED:  February 25, 2022      COLLINSON, DAEHNKE, INLOW & GRECO

17

18                                    By:      ___*/s/ Lenore C. Kelly*__
                                              Laura E. Inlow, Esq.
19                                            Lenore C. Kelly, Esq.
                                              Attorneys for Defendants
20                                            COUNTY OF LOS ANGELES and
                                              SHERIFF ALEX VILLANUEVA
21

22

23

24

25

26

27

28

-14-
**DEFENDANTS' ANSWER TO COMPLAINT**